**Motion Granted; Order filed March 17, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00604-CV

_____

**BRIDGESTONE LAKES COMMUNITY IMPROVEMENT ASSOCIATION, INC., Appellant**

**V.**

**BRIDGESTONE LAKES DEVELOPMENT COMPANY, INC. AND ROBERT A. HUDSON, CLAUDIA J. HUDSON AND TIFFANY A. ROATH, INDIVIDUALLY, Appellees**

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2011-53723**

---

## O R D E R

The clerk's record was filed November 6, 2014. A supplemental record was filed February 2, 2015. This court ordered a second supplemental record containing nine itemized documents, including plaintiffs' third amended petition. The second supplemental record was filed February 19, 2015. Appellant has now requested further supplementation of the record. *See* Tex. R. App. P. 34.5(c). Accordingly, we grant the motion and issue the following order:

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **March 31, 2015**, containing **the order granting defendants' motion for summary judgment signed on or about December 21, 2012.**

If this omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM